**Order entered April 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01079-CR
No. 05-12-01080-CR

**KEITH BRONSHA PAUL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-41122-Y, F11-42448-Y**

## ORDER

The Court has before it appellant's third motion to supplement the record and to hold the brief in abeyance. Appellant asks us to order the Dallas County District Clerk to file a supplemental record that contains a written motion to suppress and findings of fact and conclusions of law regarding a motion to suppress in trial cause no. F11-42448-Y. The Court previously received correspondence from the Dallas County District Clerk that states they do not have a written motion to suppress in these cases.

Because this Court cannot determine from the record filed whether the documents appellant seeks were prepared or filed, we **ORDER** the trial court to conduct a hearing to determine the following: (1) whether the hearing on a motion to suppress encompassed both trial

court cause nos. F11-41122-Y and F11-42448-Y; (2) whether the trial court issued written findings of fact and conclusions of law as to both trial court cause nos. F11-41122-Y and F11-42448-Y; and (3) whether the trial court conducted the suppression hearing on the basis of a written motion to suppress during the hearing in either case.

If the trial court determines that written motions were on file or that written findings of fact and conclusions of law were prepared for both cases, the trial court shall next determine whether the record can be supplemented with those documents.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, any orders, and any supporting documentation to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order.  The appeal will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE